# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143563(13)

IN RE EXECUTIVE MESSAGE OF THE
GOVERNOR

(BROWN et al. v RICHARD D. SNYDER,
GOVERNOR, and ANDREW DILLON,
TREASURER)

SC: 143563

_____

On order of the Chief Justice, the motion for temporary admission to practice of Michael L. Artz is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2012

_____
Clerk